# **EXHIBIT A**

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

Reg. No. 2,813,201

United States Patent and Trademark Office     Registered Feb. 10, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## WILLAMETTE VALLEY VINEYARDS

WILLAMETTE VALLEY VINEYARDS, INC. (OREGON CORPORATION)
8800 ENCHANTED WAY SE
TURNER, OR 97392

FOR: WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 4-1-1989; IN COMMERCE 4-1-1989.

SEC. 2(F).

SER. NO. 78-234,913, FILED 4-7-2003.

NICHOLAS ALTREE, EXAMINING ATTORNEY