# **EXHIBIT B**



# WILLAMETTE

**Reg. No. 4,070,687**  
**Registered Dec. 13, 2011**  
**Int. Cl.: 33**  

**TRADEMARK**  
**PRINCIPAL REGISTER**

WILLAMETTE VALLEY VINEYARDS, INC. (OREGON CORPORATION)  
8800 ENCHANTED WAY SE  
TURNER, OR 97392

FOR: WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 2-13-2004; IN COMMERCE 2-13-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,813,201 AND 2,953,842.

SEC. 2(F).

SER. NO. 85-317,268, FILED 5-10-2011.

DANIEL CAPSHAW, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office