# **EXHIBIT C**





## VINTAGE NOTES

The 2016 vintage was one of the best vintages on record due to the ideal growing conditions and weather. Bud break was two weeks early. This vintage was drier and warmer than usual, resulting in large, ripe clusters. Yields were almost double in some cases, resulting in four to five tons per acre! Harvest officially began in early September, nearly three weeks earlier than previous vintages with low bird effects and disease pressure. This Pinot displays pronounced aromas, deep color, ripe developed flavors.



## HARVEST & WINEMAKING

The vines are farmed nutritionally, which treats the microbiology in the vineyards section by section. Soil and stem samples are analyzed for nutritional value. It is the most specific grape farming imaginable. Our fruit is hand harvested in the early morning in small 14" buckets. It is then hand sorted and de-stemmed, deposited into one-ton bins for small-batch fermentations. After fermentation, the free-run juice is settled and put into barrel. The must is placed in "The Girls," specialized bladder presses for gentle pressing that do not exceed one atmosphere of pressure. The wine rests for 11 months in 30% new French oak barrels. We like Cadus barrels for their warm tonality.

## WINE STATISTICS

APPELLATION:
100% Yamhill-Carlton AVA

COMPOSITION:
100% Pinot Noir

AGEING:
11 months in 30% NFO

TA: 5.7 g/L

ALCOHOL: 14.1%

pH: 3.75







## THE WILLAMETTE VALLEY CELLARS STORY

It's easy to fall in love with Oregon's Willamette Valley – a place where life's simple pleasures are found in the region's farms, vineyards and forests. The talent and creativity of the valley's winemakers is unmistakable, and Willamette Valley Cellars collaborates with them to bring quality fruit, unmatched energy and a sense of soul into every bottle of wine we craft. The resulting wines are as breathtaking as the Willamette Valley's vistas.

Our vineyard is located on the Savannah Ridge, in the Yamhill-Carlton AVA. The soils are ancient marine sediment soils: Wellsdale, Peavine, Willakenzie & Melbourne. The elevation runs between 250' – 400'. The clonal selection is: Wadenswil (17 acres) Dijon 777 (12 acres) and Dijon 115 (5 acres) on Riparia Gloire, 101-14 & 3309 rootstocks.