

**EXHIBIT A**











