**STEVEN E. KLEIN, OR BAR #051165**
stevenklein@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Willamette Valley Vineyards, Inc.

**DAVID P. COOPER, OSB No. 880367**
cooper@khpatent.com
**OWEN W. DUKELOW, OSB No. 965318**
owen@khpatent.com
**KOLISCH HARTWELL, P.C.**
520 SW Yamhill St., Suite 300
Portland Oregon 97204
Telephone: (503) 224-6655

Attorneys for Flying Blue Imports, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **WILLAMETTE VALLEY VINEYARDS, INC.,** | Case No. 3:21-cv-00514 (JR) |
| **PLAINTIFF,** | **JOINT MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL AND ORDER OF DISMISSAL** |
| V. | |
| **FLYING BLUE IMPORTS, LLC,** | |
| **DEFENDANT.** | |

Plaintiff Willamette Valley Vineyards, Inc. and Defendant Flying Blue, LLC hereby notify the Court that this case has been settled. Pursuant to Fed. R. Civ. P. 41(a)(2), the parties

jointly request that the Court enter an order dismissing the case, with prejudice, with the Court to retain jurisdiction to enforce the terms of the parties' written Settlement Agreement, dated July 13, 2021, and with each party to bear its own attorney's fees and costs.

Respectfully submitted by:

By: /s Steven E. Klein/

Steven E. Klein, OSB No. 011565
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Tel.: (212) 489-8230
Fax: (212) 489-8340

*Attorneys for*
*Willamette Valley Vineyards, Inc.*

July 26, 2021

By: /s David P. Cooper/ (by consent)

David P. Cooper, OSB No. 880367
Owen W. Dukelow, OSB No. 965318
KOLISCH HARTWELL, P.C.
520 SW Yamhill St., Suite 300
Portland Oregon 97204
Telephone: (503) 224-6655

*Attorneys for*
*Flying Blue Imports, LLC*

July 26, 2021

IT IS HEREBY ORDERED:

Pursuant to the Settlement Agreement reached between the parties, the parties' joint motion, and for good cause shown, the Court hereby enters the following Agreed Order of Dismissal:

1. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement dated July 13, 2021;

2. Except as provided for in paragraph 1 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

This  26  day of July, 2021.

Jolie A. Russo
United States Magistrate Judge